# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MEZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:05-CV-01180-OWW-LJO-P<br><br>ORDER STRIKING DISCOVERY REQUEST<br><br>(Doc. 14) |

　　　Plaintiff Israel Meza ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 10, 2006, plaintiff filed a request for the production of documents.

　　　Plaintiff is directed to re-read paragraph eight of the First Informational Order, filed on October 19, 2005. Discovery is not open yet, and once discovery is open, discovery requests are not filed with the court unless a dispute has arisen and the request is relevant to a matter pending before the court, such as a motion to compel.

　　　Pursuant to the First Informational Order, plaintiff's discovery request is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:　July 18, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE