| | |
|---|---|
| 1 | BILL LOCKYER |
| | Attorney General of the State of California |
| 2 | JAMES M. HUMES |
| | Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER |
| | Senior Assistant Attorney General |
| 4 | MONICA N. ANDERSON |
| | Supervising Deputy Attorney General |
| 5 | GREGORY GOMEZ, State Bar No. 242674 |
| | Deputy Attorney General |
| 6 |   1300 I Street, Suite 125 |
| |   P.O. Box 944255 |
| 7 |   Sacramento, CA 94244-2550 |
| |   Telephone: (916) 324-3866 |
| 8 |   Fax: (916) 324-5205 |
| 9 | Attorneys for Defendants Avila, Barajas and Bennett |
| | SA2006302861 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ISRAEL MEZA, | NO. 1:05-cv-1180 OWW LJO P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | (Doc. 24) |

Good cause appearing, Defendants Avila, Barajas, and Bennett are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before Monday, October 30, 2006.

IT IS SO ORDERED.

**Dated:   September 29, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE

Order Granting Defendants' First Request For Extension of Time to Respond to Plaintiff's Complaint

1