IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ISRAEL MEZA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | NO. 1:05-cv-01180 OWW LJO P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT, NUNC PRO TUNC TO NOVEMBER 8, 2006**<br><br>**(Doc. 26)** |

On October 30, 2006, defendants Avila, Barajas, and Bennett filed a motion to extend time to file a response to the complaint. On November 8, 2006, and during the pendency of the motion, defendants filed a motion to dismiss.

Inasmuch as defendants filed a motion to dismiss, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants' motion to extend time is GRANTED nunc pro tunc to November 8, 2006.

IT IS SO ORDERED.

**Dated:    November 27, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE