# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ISRAEL MEZA,                                    CASE NO. 1:05-cv-01180-OWW-LJO PC

                  Plaintiff,     ORDER REQUIRING PLAINTIFF TO FILE
                                                OPPOSITION OR STATEMENT OF NON-
    v.                                         OPPOSITION TO DEFENDANTS' MOTION
                                                TO DISMISS WITHIN THIRTY DAYS OR
DIRECTOR OF CALIFORNIA                          ACTION WILL BE DISMISSED
DEPARTMENT OF
CORRECTIONS, et al.,                            (Doc. 28)

                  Defendants.
_____/

       Plaintiff Israel Meza ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 8, 2006, defendants filed a motion to dismiss.  More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion.  Local Rule 78-230(m).

       Accordingly, plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to defendants' motion within **thirty (30) days** from the date of service of this order or this action will be dismissed, with prejudice, for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

**Dated:**   **February 6, 2007**           **/s/ Lawrence J. O'Neill**
i0d3h8                       UNITED STATES DISTRICT JUDGE