# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MEZA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:05-cv-01180-LJO-NEW (DLB) PC<br><br>ORDER REQUIRING DEFENDANTS TO SUBMIT FURTHER BRIEFING WITHIN FIFTEEN DAYS REGARDING THE REQUIREMENTS FOR INMATE APPEAL CONTENTS<br><br>(Doc. 29) |

Plaintiff Israel Meza ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed September 19, 2005, against defendants Avila, Barajas, and Bennett ("defendants") for use of excessive physical force in violation of the Eighth Amendment, based on the events that occurred on November 8, 2004. On November 8, 2006, defendants filed a motion to dismiss for failure to exhaust. Fed. R. Civ. P. 12(b); 42 U.S.C. § 1997e(a). Plaintiff filed an opposition on March 20, 2007, and plaintiff filed a reply on March 30, 2007.

In their motion, defendants state, "In his appeal, the inmate must identify each individual against whom he raises a grievance, specifically state each claim against these individuals, and identify each form of relief desired. Failure to identify each individual, each claim, or the form of relief sought results in a failure to exhaust those issues through the administrative appeal process. These requirements are codified in the governing rules. Cal. Code Regs. tit. 15, § 3084." (Doc. 29, 5:7-11.) A review of section 3084 does not support defendants' statement. Defendants have fifteen

1

1  days to submit further briefing, with evidence, supporting the aforementioned statement.
2  Misrepresentation of the law to this court will result in the imposition of sanctions.
3      Based on the foregoing, it is HEREBY ORDERED that within **fifteen (15) days** from the
4  date of service of this order, defendants shall submit further briefing, with evidence, supporting the
5  statement made in their motion regarding the requirements for inmate appeal form contents.

7  IT IS SO ORDERED.
8      Dated: **April 11, 2007**     /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE