# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MEZA, | CASE NO. 1:05-cv-01180-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER STRIKING SURREPLY |
| v. | (Doc. 38) |
| DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER DISCHARGING ORDER TO SUBMIT FURTHER BRIEFING |
| Defendants. | (Doc. 36) |

I. <u>Order</u>

    A.    <u>Filing of Surreply</u>

On November 8, 2006, defendants filed a motion to dismiss. Plaintiff filed an opposition on March 20, 2007, and defendants filed a reply on March 30, 2007, at which time the motion was deemed submitted. Local Rule 78-230(m). On May 1, 2007, plaintiff filed a surreply. Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a surreply, and plaintiff's surreply shall not be considered by the court.

    B.    <u>Order Requiring Further Briefing</u>

In their motion to dismiss, defendants stated, "In his appeal, the inmate must identify each individual against whom he raises a grievance, specifically state each claim against these individuals, and identify each form of relief desired. Failure to identify each individual, each claim, or the form of relief sought results in a failure to exhaust those issues through the administrative appeal process. These requirements are codified in the governing rules. Cal.

Code Regs. tit. 15, § 3084." (Doc. 29, 5:7-11.) Because a review of section 3084 does not support this statement, defendants were ordered to submit further briefing, with evidence, supporting the statement. Defendants complied with the court's order on April 25, 2007.

Defendants concede that section 3084 does not impose such specific requirements, and contend that the error was made due to the use of previously drafted arguments that were not independently checked for accuracy. The court trusts that the Attorney General's Office has already taken whatever steps are necessary to purge this inaccurate statement of the law from their system. Any further use of it will not result in as lenient a response as this occurrence.

C.   Conclusion

Accordingly, it is HEREBY ORDERED that:

1.   Plaintiff's surreply, filed May 1, 2007, is STRICKEN from the record; and

2.   The order requiring further briefing, filed April 12, 2007, is DISCHARGED.

IT IS SO ORDERED.

Dated:   **May 23, 2007**                          /s/ **Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE