# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MEZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:05-cv-01180-OWW-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST<br><br>(Docs. 28 and 40) |

　　　　Plaintiff Israel Meza ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On May 23, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed May 23, 2007, is adopted in full; and

///

1

1          2.      Defendants' motion to dismiss, filed November 8, 2006, is GRANTED, and this
2                  action is dismissed, without prejudice, based on plaintiff's failure to exhaust.

4  IT IS SO ORDERED.

5  **Dated:   July 10, 2007**                              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE